| | |
|---|---|
| 1 | WILSON TURNER KOSMO LLP |
| 2 | Robin A. Wofford (Bar No. 137919)<br>Katherine M. McCray (Bar No. 243500) |
| 3 | 550 West C Street, Suite 1050<br>San Diego, CA  92101 |
| 4 | Telephone:  (619) 236-9600<br>Facsimile:  (619) 236-9669 |

JS-6

WILSON TURNER KOSMO LLP
Robin A. Wofford (Bar No. 137919)
Katherine M. McCray (Bar No. 243500)
550 West C Street, Suite 1050
San Diego, CA  92101
Telephone:  (619) 236-9600
Facsimile:  (619) 236-9669
E-mail: rwofford@wilsonturnerkosmo.com
E-mail: kmccray@wilsonturnerkosmo.com

Attorneys for Defendants/Counterclaimants
ExxonMobil Oil Corporation and Exxon Mobil Corporation
(erroneously sued herein as ExxonMobil Corporation)

**ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| V.C. CHAO RETAILS GROUP, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:12-CV-08935-PA (VBKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION**<br><br>District Judge: Percy Anderson<br>Courtroom: 15<br><br>Magistrate Judge: Victor B. Kenton<br>Courtroom: 590<br><br>Complaint Filed: October 17, 2012<br>Trial Date: Not set |

C0379003/1637154-1

Case No.  2:12-CV-08935-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

| | |
|---|---|
| 1 | **ADDITIONAL COUNSEL:** |
| 2 | ARCHER NORRIS |
|   | Jeffrey M. Hamerling (Bar No. 91532) |
| 3 | jhamerling@archernorris.com |
|   | Douglas C. Straus (Bar No. 96301) |
| 4 | dstraus@archernorris.com |
|   | Alissa R. Pleau-Fuller (Bar No. 258907) |
| 5 | apleau-fuller@archernorris.com |
|   | 2033 North Main Street, Suite 800 |
| 6 | Walnut Creek, CA  94596-3759 |
|   | Telephone:  925.930.6600 |
| 7 | Facsimile:   925.930.6620 |
| 8 | Attorneys for Defendant/Counterclaimant |
|   | Circle K Stores Inc. (erroneously sued herein as |
| 9 | Circle K Stores, Inc.) |
| 10 | BLEAU FOX, A P.L.C. |
|    | Thomas P. Bleau (Bar No. 152945) |
| 11 | Gennady L. Lebedev, Of Counsel (Bar No. 179945) |
|    | 3575 Cahuenga Boulevard West, Suite 580 |
| 12 | Los Angeles, CA 90068 |
|    | Telephone:  323.874.8613 |
| 13 | Facsimile:   323.874.1234 |
|    | E-mail:      bleaushark@aol.com |
| 14 | E-mail:      glebedev@bleaufox.com |
| 15 | Attorneys for Plaintiff V.C. Chao Retails Group |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

C0379003/1637154-1

Case No.  2:12-CV-08935-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

1  Having considered the Stipulation to Dismiss Entire Action by and
2  between the parties, the Court hereby orders that plaintiff V.C. Chao Retails Group
3  ("Plaintiff's") claims against Defendants ExxonMobil Oil Corporation, Exxon Mobil
4  Corporation, and Circle K Stores Inc. ("Defendants") in this action are dismissed with
5  prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Defendants' counter-claims
6  against Plaintiff in this action are dismissed with*out* prejudice pursuant to Fed. R. Civ.
7  P. 41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs.

9  IT IS SO ORDERED.

12  Dated: August 8, 2013                         _____
                                                  Hon. Percy Anderson
                                                  United States District Judge

C0379003/1637154-1                                1    Case No.  2:12-CV-08920-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION