WILSON TURNER KOSMO LLP
Robin A. Wofford (Bar No. 137919)
Katherine M. McCray (Bar No. 243500)
550 West C Street, Suite 1050
San Diego, CA  92101
Telephone:  (619) 236-9600
Facsimile:  (619) 236-9669
E-mail: rwofford@wilsonturnerkosmo.com
E-mail: kmccray@wilsonturnerkosmo.com

JS-6

Attorneys for Defendants/Counterclaimants
ExxonMobil Oil Corporation and Exxon Mobil Corporation
(erroneously sued herein as ExxonMobil
Corporation)

**ADDITIONAL COUNSEL LISTED ON
NEXT PAGE**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| V.C. CHAO RETAILS GROUP, a California corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>                    Defendants. | Case No. 2:12-CV-08935-PA (VBKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION**<br><br>District Judge:        Percy Anderson<br>Courtroom:             15<br><br>Magistrate Judge:  Victor B. Kenton<br>Courtroom:             590<br><br>Complaint Filed:    October 17, 2012<br>Trial Date:              Not set |

C0379003/1637154-1

Case No.  2:12-CV-08935-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

**ADDITIONAL COUNSEL:**

ARCHER NORRIS
Jeffrey M. Hamerling (Bar No. 91532)
jhamerling@archernorris.com
Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
Alissa R. Pleau-Fuller (Bar No. 258907)
apleau-fuller@archernorris.com
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:   925.930.6600
Facsimile:   925.930.6620

Attorneys for Defendant/Counterclaimant
Circle K Stores Inc. (erroneously sued herein as
Circle K Stores, Inc.)

BLEAU FOX, A P.L.C.
Thomas P. Bleau (Bar No. 152945)
Gennady L. Lebedev, Of Counsel (Bar No. 179945)
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone:   323.874.8613
Facsimile:   323.874.1234
E-mail:        bleaushark@aol.com
E-mail:        glebedev@bleaufox.com

Attorneys for Plaintiff V.C. Chao Retails Group

C0379003/1637154-1

Case No.  2:12-CV-08935-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS
ENTIRE ACTION

1    Having considered the Stipulation to Dismiss Entire Action by and

2 between the parties, the Court hereby orders that plaintiff V.C. Chao Retails Group

3 ("Plaintiff's") claims against Defendants ExxonMobil Oil Corporation, Exxon Mobil

4 Corporation, and Circle K Stores Inc. ("Defendants") in this action are dismissed with

5 prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Defendants' counter-claims

6 against Plaintiff in this action are dismissed with*out* prejudice pursuant to Fed. R. Civ.

7 P. 41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs.

8

9 IT IS SO ORDERED.

10

11

12 Dated: August 8, 2013    _____

13    Hon. Percy Anderson
     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C0379003/1637154-1                                    1      Case No.  2:12-CV-08920-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS
ENTIRE ACTION